LOUIS D. GOLDBERG, RESPONDENT, v. BENJAMIN FARBER
ET AL., APPELLANTS.

Submitted May 26, 1928—Decided October 15, 1928.

For the respondent, *Zucker & Goldberg.*

For the appellants, *Braelow & Tepper.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by the Supreme Court.

*For affirmance*—THE CHIEF JUSTICE, TRENCHARD, PARKER, MINTURN, BLACK, CAMPBELL, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 12.

*For reversal*—None.